NAEEM B. GABRIEL v. N.J. DEPARTMENT OF CIVIL SERVICE.

December 12, 1983.

Petition for certification denied.

NAEEM B. GABRIEL v. N.J. DEPARTMENT OF CIVIL SERVICE.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES DANIEL FRIEDEMANN.

December 12, 1983.

Petition for certification denied.

SALVATORE BUCCINO v. EXXON COMPANY.

December 12, 1983.

Petition for certification denied.

THOMAS KOWALIG v. PHILADELPHIA LIFE
INSURANCE COMPANY.

December 12, 1983.

Petition for certification denied.